Alice K. REGESTER, in her own right and as Administratrix of the Estate of George E. Regester, III and Gary W. Regester and George E. Regester, IV and Stephen H. Regester and Patricia J. Regester and Marykay Piergalline and Dolores R. Chandler

v.

LONGWOOD AMBULANCE COMPANY, INC. and Southern Chester County Medial Center.

Petition of Southern Chester County Medical Center.

Supreme Court of Pennsylvania.

Jan. 5, 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 5th day of January, 2001, the Petition for Allowance of Appeal is hereby granted, limited to the following questions:

a. Whether the Commonwealth Court erred in rejecting the provisions of Pennsylvania's Emergency Medical Services Act and in determining that Southern Chester County Medical Center was not entitled to its immunity protection?